*Writ Issued*

FILED

DEC 1 3 2007

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No. 4:07 CR 430 JCH/AGF |
| OFFIONG GILLIMAS, | ) ) ) | |
| Defendant. | ) | |

### APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, by Catherine L. Hanaway, United States Attorney for the Eastern District of Missouri, through Michael A. Reilly, Assistant United States Attorney for said District, and informs the Court that the Defendant, Offiong Gillimas, is to be tried in the above cause, and that he is to appear before the Honorable Mary Ann L. Medler, United States Magistrate Judge for the Eastern District of Missouri, at 9:00 AM on Friday, December 14, 2007, for an Initial Appearance and at any other times and dates. Defendant is currently confined in the St. Louis Medium Security Institution, St. Louis, Missouri, in the custody of the Superintendent.

WHEREFORE, your petitioner prays this Court to issue a writ of habeas corpus ad prosequendum directing the Superintendent to deliver the Defendant to the United States Marshal for removal of Defendant from such institution and custody, and bring him before the Honorable Mary Ann L. Medler for the above proceedings; and upon completion of such proceedings to return the Defendant to the custody of the Superintendent.

CATHERINE L. HANAWAY
United States Attorney

MICHAEL A. REILLY, #115988
Assistant United States Attorney

UNITED STATES OF AMERICA )
EASTERN DIVISION OF THE )
EASTERN DISTRICT OF MISSOURI )

Michael A. Reilly, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, on oath states that the statements contained in the foregoing application are believed to be true.

MICHAEL A. REILLY, #115988
Assistant United States Attorney

Subscribed and sworn to before me this 13th day of December 2007

JAMES G. WOODWARD, CLERK
UNITED STATES DISTRICT COURT

By _____
Deputy Clerk

TO THE CLERK OF THE DISTRICT COURT:

You are hereby ordered to issue the writ of habeas corpus ad prosequendum as prayed for in the foregoing application.

UNITED STATES MAGISTRATE JUDGE 12/13/07